

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-22-00278-CR

Marco Antonio **CONTRERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8169
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

On August 12, 2022, we abated this appeal and remanded this cause to the trial court for appointment of new counsel for appellant. On August 15, 2022, the trial court signed an order appointing attorney Cathy S. Compton to represent appellant. We therefore **REINSTATE** this appeal to our docket and **ORDER** appellant to file his brief **by September 16, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court